111 P.3d 1058

# SUPREME COURT OF HAWAIʻI

Chapman v. Schmidt............................... 25630    05/06/2005    Vacated & remanded